THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 3, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: James D. Wismar,  
      Molly Clare Burke,

Case No. 16-20889-beh

Debtors.

Chapter 13

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CONDITIONS

Pursuant to the renewed motion for relief from the automatic stay of U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 822 Mapleway N., Waukesha, WI 53188, this matter was heard on 12/3/2019, with the movant appearing through its counsel, Eric Feldman & Associates, P.C., by Attorney Bryan M. Ward, the debtors appearing through Miller & Miller Law, LLC, by Attorney Kaleb D. Zelazoski, and the Chapter 13 Trustee appearing by Attorney Jennifer Marchinowski. At the hearing, counsel for debtors and counsel for movant stated an agreement that the initial pre-petition arrearage required a plan modification, but that debtors were current on post-petition payments as of the motion filing date, and therefore movant's counsel withdrew the motion based on that agreement. Accordingly, upon consideration of the documents filed by the parties and statements of counsel at the hearing,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms and conditions:

1. Debtors, through counsel, shall file a motion to modify the plan to incorporate and cure the original pre-petition arrearage, on or before 12/23/2019.

2. Debtors shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless Debtor files an objection requesting a hearing within 14 days of the motion renewal.

#####